

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Carl M. Tree, Appellant

No. 06-16-00064-CV     v.

Discover Bank, Appellee

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2015-9882-CCL). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Carl M. Tree, pay all costs of this appeal.

RENDERED FEBRUARY 1, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk